AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| Marcia Pereira, and Individual <br> *Plaintiff* <br> v. <br> The Estate of Maria Jose Oliveira <br> *Defendant* | ) ) ) ) ) )   Case No.  1:24-cv-12744-MPK |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party, George E. Sousa, Esq.

Date:   12/19/2024

_____
*Attorney's signature*

Matthew H. Greene (BBO # 673947)
*Printed name and bar number*

Boyle Shaughnessy Law, P.C.
88 Broad St., 8th Floor
Boston, MA 02110

*Address*

mgreene@boyleshaughnessy.com
*E-mail address*

(617) 451-2000
*Telephone number*

(617) 451-5775
*FAX number*